IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DIRECTV INC.,

    Plaintiff,                                No. CIV S-04-2409 EJG GGH PS

    vs.

JACK TURNBOUGH,

    Defendant.                                FINDINGS & RECOMMENDATIONS

_____/

        By order filed March 25, 2005, defendant was ordered to show cause, within ten days, why his answer should not be stricken and judgment entered for plaintiff. The ten day period has now expired, and defendant has not shown cause or otherwise responded to the court's order.

        IT IS HEREBY RECOMMENDED that the defendant's answer be stricken, and judgment be entered for plaintiff.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the

1 | specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
2 | F.2d 1153 (9th Cir. 1991).
3 | DATED: 5/3/05
4 |
5 |                                        /s/ Gregory G. Hollows
  |                                        _____
  |                                        UNITED STATES MAGISTRATE JUDGE
6 | directv2409.fsc