IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DIRECTV INC.,

        Plaintiff,                   No.  CIV-S-04-2409 GEB GGH PS

    vs.

JACK TURNBOUGH,

        Defendant.              <u>ORDER</u>

_____/

        On May 4, 2005, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.

        Accordingly, the court presumes any findings of fact are correct. See <u>Orland v. United States</u>, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. See <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).

1

1   The portion of the Proposed Findings and
2  Recommendations filed May 4, 2005, which strikes defendant's
3  answer is adopted.
4  Dated:  July 5, 2005

<pre>
                                /s/ Garland E. Burrell, Jr.
                                GARLAND E. BURRELL, JR.
                                United States District Judge
</pre>